| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHU YANG, )
) No. C 06-6462 MJJ
Plaintiff, )
)
v. )
)
MICHAEL CHERTOFF, Secretary ) **STIPULATION TO EXTEND DATES;**
of the Department of Homeland Security; ) **and [PROPOSED] ORDER**
EMILIO T. GONZALEZ, Director, )
U.S. Citizenship and Immigration Services; )
GERARD HEINAUER, Director, )
USCIS Nebraska Service Center, )
)
Defendants. )
_____ )

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about October 16, 2006, and Defendants' Answer is currently due on December 19, 2006.

2. Pursuant to this Court's October 16, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on January 16, 2007, and attend a case management conference on January 23, 2007.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

Stip to Ext Time
C 06-6462 MJJ

and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | February 16, 2007 |
| Last day to file Joint ADR Certification: | February 27, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 6, 2007 |
| Case Management Conference: | March 13, 2007 at 2:00 p.m. |

Dated: December 11, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 11, 2006

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/14/2006

_____
MARTIN J. JENKINS
United States District Judge

Stip to Ext Time
C 06-6462 MJJ