1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  SHU YANG,                          )
                                       )  No. C 06-6462 MJJ
13              Plaintiff,             )
                                       )
14          v.                         )
                                       )  **SECOND STIPULATION TO EXTEND**
15  MICHAEL CHERTOFF, Secretary        )  **DATE OF CASE MANAGEMENT**
    of the Department of Homeland Security; )  **CONFERENCE; AND [PROPOSED]**
16  EMILIO T. GONZALEZ, Director,      )  **ORDER**
    U.S. Citizenship and Immigration Services; )
17  GERARD HEINAUER, Director,         )
    USCIS Nebraska Service Center,     )
18                                     )
                Defendants.            )
19  _____)

20      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to a second 30-day extension of

22  the case management conference in light of the reasonable likelihood that this case may be

23  administratively resolved and that the case may be moot.

24      1. The plaintiff filed a mandamus complaint on October 1, 2006, asking this Court to direct

25  the United States Citizenship and Immigration Services to adjudicate plaintiff's Refugee Asylee

26  Relative Petition (Form I-130) application.

27      2. The defendants filed and served an answer to the complaint on February 16, 2006.

28
    Second Stip to Ext CMS & CMC Dates
    C 06-6462 MJJ

1    3. A case management conference is currently scheduled for March 13, 2007.

2    4. The parties agree that there is a reasonable likelihood that this case can be administratively

3  resolved in the next 30 days and that the case will be moot.

4    5. Accordingly, the parties respectfully ask this Court to extend the date of the Case

5  Management Conference by 30 days, to April $\cancel{18}$, 2007. *at* $2:00 p.m.$

6    6. If the case becomes moot, the parties will file a stipulation to dismiss. If the case if not

7  administratively resolved, the parties will file a joint case management conference statement 7

8  days in advance of the re-scheduled Case Management Conference.

9

Date: March 6, 2007                Respectfully submitted,

10

11                            SCOTT N. SCHOOLS
                             United States Attorney

12

13                             /s/
                             ILA C. DEISS

14                             Assistant United States Attorney
                             Attorneys for Defendants

15

16

17  Date: March 6, 2007               /s/
                             JUSTIN X. WANG
                             Attorney for Plaintiff

18

19                          **ORDER**

20      Pursuant to stipulation, IT IS SO ORDERED.

21

22

23  Date:  **MAR 0 7 2007**

24                        MARTIN J. JENKINS
                        United States District Judge

25

26

27

28
  Second Stip to Ext CMS & CMC Dates
  C 06-6462 MJJ