```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHU YANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, USCIS Nebraska Service Center, <br><br> Defendants. | No. C 06-6462 MJJ <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's Refugee Asylee Relative Petition (Form I-130).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-6462 MJJ

| | | |
|---|---|---|
| 1 | Date: April 17, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | Dated: April17 , 2007 | _____/s/_____<br>JUSTIN X. WANG |
| 8 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/18/2007

_____
MARTIN J. JENKINS
United States District Judge

Stipulation to Dismiss
C06-6462 MJJ